## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 9th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Vermeer Sales & Service of Colorado, Inc.*
Attn:   President/CEO and
        Scott K. Lavern
5801 East 76th Avenue
Commerce City, CO 80022

_____
Mary E. Augustine (No. 4477)

619752v1